UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ANTONIO RAUL AYALA,<br><br>               Defendant. | No. CR-10-0062-FVS-1<br><br>ORDER DISMISSING INDICTMENT |

**THE PARTIES** having entered into a plea agreement in CR-10-063-FVS (Ct. Rec. 20); the Court having accepted Defendant's plea of guilty in that case; and the Government having made an oral motion to dismiss the indictment in this case; Now therefore,

**IT IS HEREBY ORDERED:**

The indictment in this case (Ct. Rec. 1) is **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel and CLOSE THE FILE.

**DATED** this ___7th___ day of December, 2010.

                                     S/Fred Van Sickle
                                       Fred Van Sickle
                Senior United States District Judge

ORDER DISMISSING INDICTMENT - 1